FABIL MANUFACTURING CORP, PLAINTIFF *v.* UNITED STATES, DEFENDANT

Consolidated Court No. 90–06–00268

(Dated April 21, 1998)

## ORDER

MUSGRAVE, *Senior Judge:* Upon reading plaintiff's motion for summary judgment, defendant's cross-motion for summary judgment, plaintiff's reply and defendant's response, it is hereby

ORDERED that plaintiff's motion for summary judgment and defendant's cross-motion for summary judgment are denied, and it is further

ORDERED that trial will be held to determine the genuine issues of material facts that remain in dispute at a date to be determined by the Court upon recommendations agreed to by both parties and to be submitted to the Court by June 12, 1998.